UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In Furtherance of the | 25 Civ. 8567 (KPF) (JW) |
| Stay of Certain Civil Cases | **ORDER** |
| Pending the Restoration of | |
| Department of Justice Funding | |

_____

WHEREAS, the court having issued a [Standing Order](#) (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York,

It is hereby noted that the case assigned to the undersigned and thereafter referred to Magistrate Judge Jennifer Willis that is listed below is subject to the terms of the Standing Order. The Clerk of Court is respectfully directed to enter a copy of this Notice in the listed case.

      25-cv-8567 *Bernice Perez* v. *Commissioner of Social Security*

SO ORDERED.

Dated:    October 22, 2025
            New York, New York

*Katherine Polk Failla*
_____
United States District Judge